INKU NAM (Nevada Bar No. 12050)
E: INam@ohaganmeyer.com
**O'HAGAN MEYER PLLC**
300 S. 4th Street, Suite 1250
Las Vegas, Nevada 89101
Telephone: 725.286.2801

*Attorney for Defendant*
*EXPERIAN INFORMATION SOLUTIONS, INC.*

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEVADA

PAULA ELEAZER ISRAEL,

                Plaintiff,

        v.

AMERICAN EXPRESS NATIONAL BANK,
NATIONAL CREDIT SYSTEMS, INC.,
EQUIFAX INFORMATION SERVICES,
LLC, EXPERIAN INFORMATION
SOLUTIONS, INC, TRANS UNION, LLC,

                Defendants.

Case No. 2:26-cv-00893-JCM-BNW

**CONSENT MOTION AND ORDER TO EXTEND DEADLINE FOR DEFENDANT EXPERIAN INFORMATION SOLUTIONS INC. TO RESPOND TO COMPLAINT**

**[FIRST REQUEST]**

        Pursuant to LR IA 6-1(a), LR IA 6-2, and LR 7-1, the undersigned counsel of record for Defendant EXPERIAN INFORMATION SOLUTIONS, INC. ("Experian") files this motion to extend Experian's deadline to file its response to Plaintiff's Complaint (ECF No. 1) through Thursday, May 21, 2026.

/ / /

/ / /

/ / /

/ / /

/ / /

This extension request is made in good faith and not for purposes of delay. Counsel for Experian has been in contact with Plaintiff who has consented to the requested extension. Plaintiff will not be prejudiced by this extension, as the purpose of this first request for the extension is to allow Experian the opportunity to fully analyze the claims against it and to give the parties the opportunity to continue good faith efforts to settle this case.

Dated this 22nd day of April, 2026

/s/Inku Nam
INKU NAM Nevada Bar No. 12050
O'HAGAN MEYER PLLC
Nevada Bar No. 12050
300 S. 4th Street, Suite 1250
Las Vegas, Nevada 89101
Tel. 725.286.2801

*Attorney for Defendant*
*EXPERIAN INFORMATION SOLUTIONS, INC.*

IT IS SO ORDERED:

_____
UNITED STATES MAGISTRATE JUDGE

DATED: __April 24, 2026_____

2

**CERTIFICATE OF SERVICE**

I hereby certify that on April 22, 2026, I electronically filed a true and accurate copy of the foregoing Consent Motion for Extension was filed with the Clerk of Court using the CM/ECF electronic filing system. I further certify that a copy of the foregoing was sent by U.S. Mail to:

Kevin L.. Hernandez, Esq.
Law Office of Kevin L. Hernadez
8920 W. Tropicana Avenue, Suite 101
Las Vegas, NV 89147
T: 702-563-4450
F: 702-552-0408
kevin@kevinhernandezlaw.com
Attorney for Plaintiff

By:                      */s/ Krystal Williams*
                                An Employee of
                                O'HAGAN MEYER PLLC